UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 22 AM 11: 16

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Luis HERNANDEZ-Sanches,** )<br>)<br>)<br>Defendant )<br>) | Magistrate Docket No.<br><br>'08 MJ 2586<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **August 17, 2008** within the Southern District of California, defendant, **Luis HERNANDEZ-Sanches,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **AUGUST, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Luis HERNANDEZ-Sanches

## PROBABLE CAUSE STATEMENT

On August 17, 2008, Border Patrol Agent A. Letavay was performing assigned line watch duties in the Imperial Beach Area of responsibility. At approximately 8:20 P.M. Agent Letavay responded to the activation of Northwest of the San Ysidro, California Port of Entry. Upon responding to the area Agent Letavay discovered footprints and followed them until he found two individuals hiding. Agent Letavay identified myself as a United States Border Patrol Agent and conducted an immigration inspection. Both individuals, including one later identified as the defendant **Luis HERNANDEZ-Sanches**, admitted to being citizens and nationals of Mexico not in possession of any immigration documentation allowing them to enter or remain in the United States legally. Both individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 1, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.